IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BRUCE LEWIS, et al., )
)
    Plaintiffs. )
)
v. )  Case No. 1:13-0043
)  Chief Judge Haynes
PORTFOLIO RECOVERY ASSOCIATES, LLC, )
)
    Defendant. )

## ORDER

The initial case management conference in this action is re-set for **Monday, August 19, 2013 at 2:00 p.m. in Columbia, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court