UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BRUCE LEWIS and LINDA LEWIS, )
)
    Plaintiff, )
)
v. )
) Case No.: 1:13-cv-00043
PORTFOLIO RECOVERY ASSOCIATES, )
LLC, )
)
    Defendant. )
)

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of Linda Lewis from the Complaint with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| /S/ R. Frank Springfield | /S/ Amy L. Bennecoff |
| R. Frank Springfield, Esq. | Amy L. Bennecoff, Esq. |
| Burr & Forman, LLP | Kimmel & Silverman, P.C. |
| 420 N 20th Street, Suite 3400 | 30 East Butler Pike |
| Birmingham, AL 35023 | Ambler, PA 19002 |
| Phone: (205) 458-5187 | Phone: (215) 540-8888 |
| Fax: (205) 244-5707 | Fax: (877) 788-2864 |
| Email: fspringfield@burr.com | Email: abennecoff@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: August 27, 2014 | Date: August 27, 2014 |

BY THE COURT:

_____
United States District Judge
9-2-14